UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TEMPUS JETS, INC., a Kansas corporation<br><br>Plaintiff,<br><br>v.<br><br>GROUND 2 AIR, LLC, a Washington limited liability company; and MERANTI HOLDINGS LIMITED, a foreign entity<br><br>Defendants. | CASE NO. 3:12-cv-05207-BHS<br><br>DECLARATION OF SCOTT TERRY |

I, Scott Terry Declare:

1. I have firsthand knowledge of the facts set forth in this declaration and am competent to testify in court. I am the President of Tempus Jets, Inc. ("Tempus").

2. On or about December 2, 2011 the parties entered into an agreement whereby defendants agreed to charter certain aircraft from Tempus.

3. On approximately December 7, 2011, defendants, along with individuals associated with defendants, departed from the United States from the Newport News-Williamsburg International Airport utilizing one of Tempus' Gulfstream aircraft, tail number N380AG. Defendants returned the jet to the United States on December 16, 2011.

---

DECLARATION OF SCOTT TERRY - 1
CASE NO. 12-05207-BHS
106551 101 cf2737169j

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

4. Defendants incurred costs of $165,927.04 for their charter of the aircraft and were properly invoiced such amount under the agreement on December 30, 2011. A true and correct copy of the invoice is attached hereto as Exhibit A.

5. Despite repeated demands, neither defendant has made the required payments under the agreement. As of this date, Defendant G2A has failed to pay the principal balance of $165,927.04 owing, plus prejudgment interest of $10,434.48, and legal fees and costs due per the terms of the parties' agreement.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

July 2, 2012 Newport News, VA
Date and Place

_____
Scott Terry

DECLARATION OF SCOTT TERRY - 2
CASE NO. 12-05207-BHS
106551 101 cf2737169j

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714