

# Invoice

| Date | Number |
|------|--------|
| 12/30/2011 | 502617 |

1001 Providence Blvd.
Newport News, VA 23602
Ph: (757) 875-7779  Fax: (757) 243-8962
accounting@orionairgroup.com

**Bill To:**
Meranti

| Trip Number | Terms | Aircraft | Start Date | End Date |
|---|---|---|---|---|
| 6840 | Due On Receipt | N380AG | 12/7/2011 | 12/16/2011 |

| Description | Amount |
|---|---|
| Flight Charge: KPHF-KSAV-KCHS-LPAZ-DGAA-GVAC-TXKF-KCHS | |
| | |
| **Fuel** | $ 122,837.40 |
|     Jet A Fuel @ KPHF - 12/7/11 | |
|         Fuel Burned KPHF-KSAV-KCHS: 8,000 lbs. | |
|         8,000 lbs = 1,194 Gallons (8,000/6.7) | |
|         1,194 Gallons @ 3.99/Gallon | $ 9,528.36 |
|     Jet A Fuel @ KCHS - 12/7/11 | $ 19,902.00 |
|     Jet A Fuel @ LPAZ - 12/8/11 | $ 24,934.80 |
|     Jet A Fuel @ DGAA - 12/15/11 | $ 31,048.20 |
|     Jet A Fuel @ GVAC - 12/15/11 | $ 17,898.12 |
|     Jet A Fuel @ TXKF - 12/15/11 | $ 12,985.92 |
|     Jet A Fuel @ KCHS - 12/16/11 | $ 6,540.00 |
| NOTE: Fuel is twice the cost per charges under Part 91 | |
| | |
| **Handling Fees** | $ 13,631.64 |
|     Global Trip Support Invoice 30293 | $ 962.21 |
|     Global Trip Support Invoice 30331 | $ 2,760.00 |
|     Global Trip Support Invoice 30347 | $ 4,814.45 |
|     Global Trip Support Invoice 30361 | $ 2,240.64 |
|     Global Trip Support Invoice 30363 | $ 2,854.34 |
| | |
| **Trips to and from South Carolina** | |
| Trip 6845 - KBNA-KHSV-KPNS-KLEE-KCHS-KGYH - 12/7/11 | $ 9,565.70 |
|     Pilot Services | $ 8,745.00 |
|     Crew Expenses | $ 820.70 |
| | |
| Trip 7329 - KGMU - KCHS - KATL - KGMU - 12/16/11 | $ 2,923.10 |
|     Pilot Services | $ 2,600.00 |
|     Crew Expenses | $ 323.10 |

Please reference the invoice number when submitting payment.

| Trip to Africa | | | | |
|---|---|---|---|---|
| **Trip 6840 Crew Expenses** | | | | |
|   SIC - Michael Gray | | | $ | 5,155.40 |
|     Parking - Newport News Airport - 12/5/11 | $ | 21.00 | | |
|     Car Rental - Hertz - 12/7/11 | $ | 56.62 | | |
|     Car Rental Gas - Murphy USA - 12/7/11 | $ | 7.89 | | |
|     Hotel - Hilton Garden Inn - 12/6/11 thru 12/7/11 | $ | 130.17 | | |
|     Catering - Tom Smith Catering - 12/7/11 | $ | 886.21 | | |
|     Dinner - 12/10/11 | $ | 101.91 | | |
|     Hotel - Golden Tulip - 12/8/11 thru 12/15/11 | $ | 2,157.39 | | |
|     Dinner - Ambassador Hotel - 12/14/11 | $ | 145.86 | | |
|     Catering - Sankofa Restaurant - 12/14/11 | $ | 1,305.10 | | |
|     Taxi to Pick Up Catering - 12/14/11 | $ | 38.22 | | |
|     Dinner - Jim N Nick's - 12/15/11 | $ | 65.72 | | |
|     Hotel - hilton Garden Inn - 12/15/11 thru 12/16/11 | $ | 128.95 | | |
|     Car Rental - Enterprise - 12/15/11 thru 12/16/11 | $ | 74.66 | | |
|     Lunch - Shula Burger Bar - 12/16/11 | $ | 35.71 | | |
| | | | | |
|   PIC - Jim Davis | | | $ | 2,909.89 |
|     Hotel - Hilton Garden Inn - 12/6/11 thru 12/7/11 | $ | 117.52 | | |
|     Hotel - Golden Tulip - 12/8/11 thru 12/15/11 | $ | 2,249.27 | | |
|     Hotel - Hilton Garden Inn - 12/15/11 thru 12/16/11 | $ | 128.20 | | |
|     Airfare - U.S. Airways - 12/15/11 | $ | 414.90 | | |
| | | | | |
|   Flight Attendant - Jennifer Doige | | | $ | 2,412.02 |
|     Hotel - Hilton Garden Inn - 12/6/11 thru 12/7/11 | $ | 117.52 | | |
|     Hotel - Golden Tulip - 12/8/11 thru 12/15/11 | $ | 2,163.76 | | |
|     Hotel - Hilton Garden Inn - 12/15/11 thru 12/16/11 | $ | 130.74 | | |
| | | | | |
|   Randy Henson | | | $ | 3,482.04 |
|     Hotel - Golden Tulip - 12/8/11 thru 12/15/11 | $ | 2,030.00 | | |
|     Meal - Golden Tulip - 12/8/11 | $ | 131.85 | | |
|     Meal - Golden Tulip - 12/9/11 | $ | 322.29 | | |
|     Meal - Golden Tulip - 12/13/11 | $ | 207.32 | | |
|     Car Rental - Hertz - 12/15/11 | $ | 250.58 | | |
|     Per Diem - 12/7/11 | $ | 67.25 | | |
|     Per Diem - 12/10/11 | $ | 89.00 | | |
|     Per Diem - 12/11/11 | $ | 89.00 | | |
|     Per Diem - 12/12/11 | $ | 89.00 | | |
|     Per Diem - 12/14/11 | $ | 89.00 | | |
|     Per Diem - 12/15/11 | $ | 66.75 | | |
|     Baggage Fees | $ | 50.00 | | |

EXHIBIT A

| | | |
|---|---|---|
| **Gene Healey** | | $ 3,009.85 |
| Hotel - Golden Tulip - 12/8/11 thru 12/15/11 | $ 2,389.75 | |
| Car Rental Gas - Kangara - 12/16/11 | $ 33.36 | |
| Car Rental Gas - Shell - 12/16/11 | $ 37.71 | |
| Per Diem - 12/7/11 | $ 67.25 | |
| Per Diem - 12/8/11 | $ 89.00 | |
| Per Diem - 12/9/11 | $ 89.00 | |
| Per Diem - 12/10/11 | $ 89.00 | |
| Per Diem - 12/11/11 | $ 53.33 | |
| Per Diem - 12/12/11 | $ 5.20 | |
| Per Diem - 12/14/11 | $ 89.00 | |
| Per Diem - 12/15/11 | $ 67.25 | |
| **Wiring Instructions:**<br>WELLS FARGO<br>Beneficiary: Tempus Flight Solutions, LLC<br>Routing: 051400549<br>Account: 2000055283427 | **Total** | $ 165,927.04 |
| | **Payments/Credits** | |
| | **Balance/(Refund) Due** | $ 165,927.04 |

Please reference the invoice number when submitting payment.